Patricia M. Olsson, ISB No. 3055
Jason G. Murray, ISB No. 6172
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
pmo@moffatt.com
jgm@moffatt.com
14-059.135

Attorneys for Defendant Micron Technology, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANCE LEDUC,<br><br>                Plaintiff,<br><br>vs.<br><br>MICRON TECHNOLOGY, INC. AND KELLY SERVICES, INC.,<br><br>                Defendants. | Civil No. 04-531-S-BLW<br><br>**AFFIDAVIT OF PATRICIA M. OLSSON IN SUPPORT OF DEFENDANT MICRON TECHNOLOGY, INC.'S MOTION TO DISMISS** |

STATE OF IDAHO   )
                          ) ss.
County of Ada      )

        PATRICIA M. OLSSON, being first duly sworn on oath, deposes and says as follows:

        1.    I am the attorney of record for Micron Technology, Inc. ("Micron"), defendant in the above-entitled matter, and I make this affidavit based upon my own personal information, knowledge and belief.

      2.      That attached hereto and identified as Exhibit A is a true and correct copy of the first Charge of Discrimination filed by plaintiff with the Idaho Human Rights Commission on or about July 23, 2001.

      3.      That attached hereto and identified as Exhibit B is a true and correct copy of the second Charge of Discrimination filed by plaintiff with the Idaho Human Rights Commission on or about October 25, 2001.

      4.      That attached hereto and identified as Exhibit C is a true and correct copy of the Idaho Human Rights Commission's Investigator's Report and Recommendation finding no probable cause to believe that unlawful discrimination had occurred with respect to both the first and second Charges of Discrimination, including the Notice of Right to Sue, provided to plaintiff on or about April 29, 2002.

      5.      That attached hereto and identified as Exhibit D is a true and correct copy of the Equal Employment Opportunity Commission's Determination dated May 29, 2002, finding that there was no violation of the Americans With Disabilities Act by defendant Micron, and including the Notice of plaintiff's Right to Sue bearing that same date.

      6.      That attached hereto and identified as Exhibit E is a true and correct copy of a third Charge of Discrimination filed by plaintiff with the Idaho Human Rights Commission on or about December 26, 2002.

      7.      That attached hereto and identified as Exhibit F is a true and correct copy of the Idaho Human Rights Commission's Investigator's Report and Recommendation finding no probable cause to believe that unlawful discrimination had occurred with respect to the third

Charge of Discrimination, including the Notice of Right to Sue, provided to plaintiff on or about November 20, 2003.

8. That attached hereto and identified as Exhibit G is a true and correct copy of the Dismissal and Notice of Rights issued by the Equal Employment Opportunity Commission on or about July 19, 2004, informing plaintiff that the EEOC had adopted the findings of the Idaho Human Rights Commission which found no probable cause to believe that unlawful discrimination had occurred, and providing plaintiff with notice of his Right to Sue.

9. That attached hereto and identified as Exhibit H is a true and correct copy of this Court's May 6, 2005, notice to plaintiff that the 120 day time limit for service of the Summons and Complaint filed on or about October 18, 2004 had expired, and that absent a petition for an extension of the time to accomplish such service, the pending lawsuit would be subject to involuntary dismissal pursuant to FED. R. CIV. P. 4(m).

Further your affiant sayeth naught.

_____
PATRICIA M. OLSSON

SUBSCRIBED AND SWORN to before me this 19th day of July, 2005.

_____
NOTARY PUBLIC FOR IDAHO
Residing at Boise, ID
My Commission Expires 8-6-09

**AFFIDAVIT OF PATRICIA M. OLSSON
IN SUPPORT OF DEFENDANT MICRON
TECHNOLOGY, INC.'S MOTION TO DISMISS - 3**

BOI_MT2:586093.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _19th_ day of July, 2005, I caused a true and correct copy of the foregoing **AFFIDAVIT OF PATRICIA M. OLSSON IN SUPPORT OF DEFENDANT MICRON TECHNOLOGY, INC.'S MOTION TO DISMISS** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Michael B. Schwarzkopf
ATTORNEY AT LAW
Post Office Box 1757
Boise, Idaho  83701-1757

Candy W. Dale
HALL, FARLEY, OBERRECHT & BLANTON, P.A.
Key Financial Center
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho 83701-1271

_____
Patricia M. Olsson